RECEIVED
IN LAKE CHARLES, LA
JUL 19 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| DWIGHT LABRAN, JR. | : | DOCKET NO. 2:06-cv-438 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| ROBERT T. JOHNSON, BRONX COUNTY DISTRICT ATTORNEY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that petition be **TRANSFERRED** to the **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**, pursuant to 28 U.S.C. § 1404(a).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 19 day of July, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE